■ Peter G. Apple, Respondent, v Mary L. Apple, Appellant. (Appeal No. 1.) [762 NYS2d 855] —Appeal from an order of Supreme Court, Erie County (Mahoney, J.), entered July 8, 2002, which denied defendant's motion for summary judgment dismissing the complaint and for attorneys' fees.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Apple v Apple* (307 AD2d 753 [2003]). Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.